JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KEVIN RIVAS,
Petitioner,
v.
TODD M. LYONS, et al.,
Respondents.

Case No. 2:26-cv-05582-SP

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied without prejudice.

Dated: July 17, 2026

SHERI PYM
United States Magistrate Judge